IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | JUDGE GAUGHAN |
| v. | ) | |
| | ) | CASE NO. 4:19 CR 279 |
| THOMAS I. SLEDGE, | ) | Title 21, United States Code, |
| PRESTON D. SIMS JR., aka P-MONEY, | ) | Sections 841(a)(1), (b)(1)(C), |
| LEVAR A. JOHNSON, aka VAR, | ) | 843(b), and 846 |
| KHALEF K. FREEMAN, | ) | |
| JAMES A. LIPSCOMB, | ) | |
| CHRISTOPHER L. WILLIAMS, | ) | |
| LAJUNA R. BROWN, aka JUAN, | ) | |
| | ) | |
| | ) | |
| Defendants. | | |

COUNT 1
(Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine
and Heroin, 21 U.S.C. §846)

The Grand Jury charges:

1.      In or around September 2017 and continuing to in or around June 2018, in the

Northern District of Ohio, Eastern Division, and elsewhere, Defendants THOMAS I. SLEDGE,

PRESTON D. SIMS, JR., aka P-MONEY, LEVAR A. JOHNSON, aka VAR, KHALEF K.

FREEMAN, JAMES A. LIPSCOMB, CHRISTOPHER L. WILLIAMS, LAJUNA R. BROWN,

aka JUAN, and others known and unknown to the Grand Jury, did knowingly, and intentionally

combine, conspire, confederate, and agree together and with each other, and with diverse others

known and unknown to the Grand Jury, to possess with the intent to distribute and to distribute at

least 100 grams of a mixture and substance containing a detectable amount of heroin, a Schedule

I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(B)(i), and a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and 846.

MANNER AND MEANS OF THE CONSPIRACY

2.      It was part of the conspiracy that:

A.  SIMS supplied heroin to SLEDGE for distribution in the areas around Warren, Ohio and Youngstown, Ohio.

B.  SLEDGE supplied heroin to JOHNSON, FREEMAN, LIPSCOMB, WILLIAMS, and BROWN for distribution in the areas around Warren, Ohio and Youngstown, Ohio.

C.  SLEDGE obtained cocaine from an unknown source and supplied cocaine to FREEMAN for redistribution in the areas around Warren, Ohio and Youngstown, Ohio.

D.  Cellular telephones, code words and phrases were used by the co-conspirators to facilitate their drug trafficking activities.   Code words used in some of those conversations such as "boy," "old boy," "girl," "situation," "food," "demo," "demonstration," and "whole one," were all code words referring to heroin, drug transactions, locations or payments.   [Where appropriate, interpretations regarding the meaning of various conversations, words, phrases and the amount of drugs discussed are included in brackets.]

ACTS IN FURTHERANCE OF THE CONSPIRACY

3.      In furtherance thereof, on or about the dates below, and to affect the goals and conceal the existence of the conspiracy, Defendants and others known and unknown to the Grand Jury

2

performed acts, in the Northern District of Ohio, Eastern Division, and elsewhere, including but not limited to the following:

4.      On September 8, 2017, SLEDGE sold approximately 27.5 grams of cocaine to a confidential source (CS) working for the Drug Enforcement Administration (DEA).

5.      On September 15, 2017, SLEDGE sold approximately 83.7 grams of cocaine to a CS working for the DEA.

6.      On November 16, 2017, SLEDGE sold approximately 55.6 grams of cocaine to a CS working for the DEA.

7.      On January 24, 2018, at approximately 6:18 p.m., Female-1 and SLEDGE had a telephone conversation.    SLEDGE said, "Ain't doing s**t. I said, 'It probably [U/I], Khalef [FREEMAN] 'bout to help me mix this s**t up real quick [prepare the drugs for resale.]"    Later, Female-1 said, "I'll call you in a little bit."

8.      On January 24, 2018, at approximately 6:40 p.m., SLEDGE and BROWN had a telephone conversation.    SLEDGE said, "Oh, s**t! Hey, but s**t when you get back hollar at me. 'Cause I told you, bro I got some food for us [a fresh supply of drugs.]"    BROWN said, "Alright." SLEDGE said, "Yeah, it's something nice too [good qualtiy.]"    Later, BROWN said, "[U/I] it's, it's bad man."    SLEDGE said, "Oh, damn! Bro, I told you, I, I told you I knew where it was at. I just didn't know if you wanted to pay that 11 ($1,100) or not." BROWN said, "Yeah, I really didn't but [U/I] that's cool. I'm just, I'm just tired about the whole s**t though, for real." SLEDGE said, "Yeah, s**t. Bro, I'm in the same f**king boat. That's why I ain't even been. I've been havin', I've been having his s**t." BROWN said, "At least having that as my number one hustle [best drug transaction.]    At least if I got something else I could do that on the side.    You know." SLEDGE said, "Yeah." BROWN said, "Having that be the number one hustle. You get

3

more and more frustrated 'cause you know the game up and down."    SLEDGE said, "Yeah, s**t. S**t very frustrated. I ain't even going to touch it. I'm going through the same s**t [U/I], everything dumb ass s**t. But yeah, I mean s**t. You need, you want me to go up there and grab it, I can grab that s**t for you. Definitely around but, I just, I just know what they wanted." BROWN said, "[U/I] trying a little something now. I just let you know, when uh, you know, when everything is everything." SLEDGE said, "Alright bet."

9.       On January 24, 2018, at approximately 8:05 p.m., Female-1 (a person known to the Grand Jury) and SLEDGE had a telephone conversation. SLEDGE said, "Hello." Female-1 said, "What you doing?" SLEDGE said, "S**t. On this f**king stove [converting cocaine to crack cocaine.]" Female-1 said, "[U/I] put your ass on the stove. You ain't on s**t."    SLEDGE said, "I'm watchin. Makin sure my s**t right." Female-1 said, "[U/I] ass at, Boo Boo. Like you know what you're doing or sumpin."    SLEDGE said, "I'm trying to do somethin." Female-1 said, "[U/I] I've been telling you to let me do that s**t for I don't know how long. Been watching [U/I]." SLEDGE said, "F**k that s**t." Female-1 said, "[U/I].    So I want be able to look at it? I mean I won't be able to do it for you?" SLEDGE said, "Hell no." Female-1 said, "Well f**k that. I mean for real f**k that. Even Khalef [FREEMAN] said I look like I have the whipping hand [skilled at converting powder cocaine to crack cocaine.]" SLEDGE said, "[U/I]." Female-1 said, "He did." SLEDGE said, "S**t." Female-1 said, "He said 'you probable even be surprised. She probable do, do it.'" SLEDGE said, "S**t. As soon as he done with this I'm going to call you right back, you hear me."

10.      On January 25, 2018, at approximately 4:33 p.m., SLEDGE and FREEMAN had a telephone conversation.    FREEMAN asked, "What happened with the brown [brown colored heroin]?" SLEDGE replied, "S**t. I aint never, ah, he ain't never hit me back [my supplier never

called me back.]   He went down to the crib; s\*\*t. He had to get up for work first thing in the morning. He had to be at work at five in the morning; So, I'm just waiting to hear from him, for real." FREEMAN said, "Oh". SLEDGE continued, "Yea, I should text him and, matter of fact, I'm going to text him and see what he say, cause I know he up". FREEMAN said, "Alright, let me know". SLEDGE said, "Yea s\*\*t. When you get down this way, just swing through". FREEMAN said, "Alright."

11.    On January 27, 2018, at approximately 9:09 p.m., SLEDGE sent a text message to Female-1 that said, "Unlock truck get my gun."

12.    On January 28, 2018, at approximately 5:54 p.m., SIMS and SLEDGE had a telephone conversation.   SIMS said, "[U/I] a little, uh, somethin' new on the plate [new supply of drug available for sale.]" SLEDGE said, "I don't know, I hope so. 'Cause this s\*\*t going super slow [the current inventory or drugs is selling slowly.]"   SIMS said, "Hell yeah, this s\*\*t super fire too [the new supply is very high quality.]" SLEDGE said, "Damn, oh s\*\*t! I need that! I'll try for real, but I ain't like lying, bro it's been super slow. I probably, I, I think I might have to wait for them first-of-the-month checks or somethin'." SIMS said, "Yeah, that mother f\*\*ker is coming." SLEDGE said, "I know, that's all I want, s\*\*t. Them, them two days right there. That's my little, that's when I get my biggest run." SIMS said, "Right, right." SLEDGE said, "I've been trying to, I was so thirsty I've just been throwing to mother f\*\*kers.   Holler at, holler at me in a few days." SIMS said, "S\*\*t that's how, you know I'm saying? When you got good mother f\*\*kers. That's how it be sometimes though. You know I'm saying?" [Voices overlapped.] SLEDGE said, "Man, I had a strong little team and it, you know I'm saying, got intercepted." SIMS said, "Yeah." SLEDGE said, "A strong little team for a minute, man. Everything was going beautiful. But that's how it always goes, man." SIMS said, "You know that, you know

that." Later, SLEDGE said, "Like, I'm so focused. I'm just trying to, I need somethin' in my life to change, man."    SIMS said, "I think this right here [new supply of high quality drugs] is gooin' do it though. This right here gonna get it, get the ball back rolling." Later, SLEDGE said, "But s**t, that s**t had happens. I don't know, I think it's just the end of the month for real though." SIMS said, "Oh, okay. Yeah, I wasn't you know. I wasn't trying to rush you. I was just letting you know." SLEDGE said, "Oh, bro I definitely I'm s**t. I'm definitely, you ain't got to worry about nothin'. I definitely need that s**t!" SIMS said, "Alright. Come on, bro. Quit playing with me, man. If I had to worry about something, we wouldn't be having this conversation." SLEDGE said, "Yeah, I definitely try to get my hands on that s**t." SIMS said, "Yeah."    SLEDGE said, "It's time to take back over for boy. I had a, man, he [U/I], I had a good little s**t going, man. Trying to get that s**t back in effect. I just can't keep my hands on that s**t to do it though." SIMS said, "Right. I be hearing, I be hearing how you're talking and s**t. So, I can mother f**king uh, I can, I can hear it that. You know I'm saying?" SLEDGE said, "Yeah."    SIMS said, " 'Cause they ain't have it." SLEDGE said, "Man, bro just like, I'm, just got to get, like I'm, slowly starting to catch back up to my people and s**t. Even though they all, they went their own ways and found their own little lanes and s**t." SIMS said, "Yeah, I was talkin' 'bout the uh, the infor, the uh, the one s**t you was telling me about. Yeah." SLEDGE said, "Mm, yeah bro. I was [U/I], man, that s**t hurt so many people. Like, and that's some [U/I]. You know I'm saying? I really, like I really didn't fall out with nobody about it, because mother f**kers know my. You know I'm saying? No one, be on, janky ass s**t like that." SIMS said, "Yeah." SLEDGE said, "Know what I'm saying, but s**t. Everybody was on they own little mission trying to make their little [UI] fuse and [U/I] back up." SIMS said, "Yeah, so what mother f**king, you, you, you just went, you just went head first like you ain't. You know I'm

saying?"   Later, SLEDGE said, "Yeah, like first few times [U/I] like I told you, it had a good. Man, good beautiful line and he was like, I don't know, but like. I don't if he didn't, he just got, he knew it was coming to an end, so he tried to stretch it. Still telling me you can still do what it do and, f**k the whole, f**k the whole move up. " SIMS said, "Know when it's coming to an end." SLEDGE said, "Yeah, nig, n***a disappeared off some phony s**t. [U/I] but now. S**t, now he disappeared for real. Stupid." SIMS said, "Right." SLEDGE said, "S**t don't even be worth it. Man, I don't even know why that mother f**ker be trying stupid s**t." SIMS said, "Man, I can't wait till I just feel better about my situation, man.    I swear, bro." SLEDGE said, "Man, bro I'm just waiting on you. Man." SIMS said, "I know, that's why we gotta really sit down and you know I'm saying? Really like, kind of, you know I'm saying?" Later, SLEDGE said, "I don't know, but s**t, bro. I'm just, damn, I'm just ready for s**t just to turn around! Like, I hate being stuck at, like in a stand still. My girl want to move and s**t, like she don't feel comfortable at the house no more."    SIMS said, "Yeah." SLEDGE said, "Damn, man. I don't blame her and s**t, so I, extra little s**t I got to scrape up for that s**t." SIMS said, "Remember I just told you, man. I'm here for you, bro." SLEDGE said, "You already showed that, [U/I] I ain't, I ain't, over step my boundaries."    SIMS said, "Man, come on bro. You can never do that. As long, as long you come and say "P, I got you and it's gonna be around this time. N***a you gonna get what you want." SLEDGE said, "Definitely appreciated." SIMS said, "You know what I'm saying?"    SLEDGE said, "[U/I], I might uh, for real, for real I might be up there like Tuesday. I think my girl on Tuesday, she wanted to go back to that little spot we went and ate at there. They had some good ass food."    Later, SIMS said, "But, s**t you say Tuesday?" SLEDGE said, "Yeah, I'm a try to slide up there [to buy more drugs.]"    SIMS said, "Aight, that's cool. If you can, just you know. Just try to bring half of that [half of the money you owe,]

you know I'm saying? But either way, we gonna make it work." Later, SLEDGE said, "That s\*\*t go through, that I got like I've been planning. And I might have all that s\*\*t and I'm just waiting for a couple. Like I said, I had threw, threw somethin' to a few people just waiting for them to come in [bring the money they owe me for the drugs I supplied.]" SLEDGE said, "They move, they moving a little faster than me. So I hope everything . . . ."  SIMS said, "Right." SLEDGE said, "Work out like that and I'll be cool." SIMS said, "Yeah like I said though, man. We'll just, we'll sit together and put down the game plan though. You know I'm saying?" SLEDGE said, "Hell yeah." SIMS said, "But s\*\*t, I'll just holler at you then, bro." SLEDGE said, "Okay, say no more." SIMS said, "Aight, bet." SLEDGE said, "Yup, yup."

13.     On January 31, 2018, at approximately 4:06 p.m., SLEDGE and LIPSCOMB had a telephone conversation.   SLEDGE said, "Hey, listen dog, I'm trying to bust a move so I can be good for tomorrow, man."   LIPSCOMB said, "[U/I] about two hundred dollars on my pocket right now." SLEDGE said, "You said what, bro?" LIPSCOMB said, "I said I think I have about two hundred dollars on my pocket right now." SLEDGE said, " How long, how long, how long you talking?" LIPSCOMB said, "Yeah, I'm about [U/I], where you at?" SLEDGE said, "I'm on Palmyra Road right now." LIPSCOMB said, "I'm on the east side." SLEDGE said, "Oh, s\*\*t but ah, when can you grab the rest of it [the rest of the money?]" LIPSCOMB said, "Probably later on today, I have some more." SLEDGE said, "That's the move."   LIPSCOMB said, "But I ain't even touch that s\*\*t. I still got like, I still got like, s\*\*t, like six grams, seven grams of that s\*\*t [six or seven grams of heroin] left there. I don't know, man, my people started complaining a little bit, s\*\*t, I'm still pushing it though and I only put a one [one-to-one ratio of cut] on it." SLEDGE said, "I'm about to get some, new s\*\*t now, I was any way. I can do s\*\*t, man, damn." LIPSCOMB said, "[U/I]" SLEDGE said, "Everybody got me in f\*\*king hold. Everybody."

8

LIPSCOMB said, "Well I have, I have some money for you tonight [U/I] you already know." SLEDGE said, "Alrigh." LIPSCOMB said, "Alrigh, bro."

14.  On February 2, 2018, at approximately 12:36 p.m., WILLIAMS and SLEDGE had a telephone conversation.  WILLIAMS said, "Yeah, you got a cute [quarter-ounce of heroin] over there?" SLEDGE said, "Huh?" WILLIAMS said, "You got a cute over there?" SLEDGE said, "Of what, um girl [coaine]?" WILLIAMS said, "No, uh-uh. Of the same demo [heroin.]" SLEDGE said, "Oh, yeah. Um, s**t.   I don't, I'm at work right now. I don't even get off at 2:30." WILLIAMS said, "Oh, I thought you was gonna be there till like five or six, bro. I just wanted to make sure before I called him and let him know." SLEDGE said, "Yeah. You said a cutie?" WILLIAMS said, "Yeah, it probably be more than that though, I got to call a couple of people." WILLIAMS said, "But yeah, I need that for sure though." SLEDGE said, "Yeah, I'll be there. I'll probably up there around, 'bout 3:30." WILLIAMS said, "Aight, I'll call you soon as I get it together." SLEDGE said, "Aight, bet." WILLIAMS said, "Aight."

15.  On February 3, 2018, at 2:51 p.m., SIMS and SLEDGE had a telephone conversation.  SLEDGE said, "Hey, what's good your way?" SIMS said, "Man, n***a I've been waiting on you for a month." SLEDGE said, "Hey listen, listen. I got to pick, I got to pick my son up at work at 4:00, right?" SIMS said, "Uh-huh." SLEDGE said, "And I'm a jump straight on the road, so s**t. I'm thinking, be looking for me 'bout 5:30."   SIMS said, "Okay, okay." SLEDGE said, "And where you uh, where, where you want me to come over [U/I]?" SIMS said, "S**t, just come back up to that little spot that you was at." SLEDGE said, "Oh." SIMS said, "Aight, bet. What uh, what you wanted to do? Our usual [the usual amount of heron?]" SLEDGE said, "Damn, bro s**t. Man, for real whatever you can do, bro. I ain't really [U/I], man. S**t, you know you gonna get your money." SIMS said, "Oh, you, you uh what you, what you

9

bringing?" SLEDGE said, "Um, damn I think, uh, damn, uh, I want to say, bro, uh, no bull s**t, I'm a try, I got fifteen [$1,500] right now, but, somethin', g*****n, somethin' might shake." SIMS said, "Oh, aight whatever. You, if you just bring that, if you can get the rest of it that's cool too, either way we going, we're going to work it out, bro." SLEDGE said, "Yeah, I'm a try that. I'm, I'm 'bout to go, [U/I] go [U/I] that. See what they got now, but I know for sure I got fifteen right now. I might have the whole two [$2,000] by the time I get there though."

16.     On February 5, 2018, at 5:56 p.m., SLEDGE sent a text message to SIMS that read, "My people said 7..we need something stronger [customers rate the drugs a seven on a scale of 10 and we need stronger drugs.]"

17.     On February 5, 2018, at 6:40 p.m., SLEDGE and SIMS had a telephone conversation.   SIMS said, "You know what I'm saying, mother f**kers up here loving it [customers here are happy with the drug quality.] You know? So." SLEDGE said, "No, I gave it to [U/I]. No. I don't, you know what I'm saying? I already [U/I], [U/I] spread out like that?" SIMS said, "Yeah." SLEDGE said, "And I just wait for my people to tell me like, might need to do something to it." SIMS said, "Right, right." SLEDGE said, "Yeah, this time it's probably straight off rip. Like, s**t, they like, it's, it's, I mean, no they ain't saying it's bad though. You know what I'm saying?" SIMS said, "Yeah." SLEDGE said, "They, they like it. Like, it's, it's pretty good. You know what I'm saying? They, they say the seven [U/I]. [U/I], like they say a seven. I'll just be like, 'Okay, well it's an eight.' You know what I'm saying?" SIMS said, "Yeah." SLEDGE said, "They just tell you a seven, so you won't do nothin' else to it [won't add more cutting agent to the drugs.]" SIMS said, "Right, right." SLEDGE said, "Yeah, [U/I]. But I mean, it's cool." SIMS said, "But like I said, man. I ain't, that's factory direct [straight from his own supplier with no additional cutting agent added to it], you feel me? 'Cause I know your situation

so, you know I'm sayin'?" SLEDGE sang a song.    SIMS said, "Like, s**t I ain't doing nothin' to it. That's crazy." SLEDGE said, "Bro, you got to think. Bro, real. You know what I'm saying? You, you, you really know how real s**t move, bro." SIMS said, "Huh?" SLEDGE said, "I said, [U/I]. I said, like you really know how, how the s**t really move." SIMS said, "Yeah." SLEDGE said, "You know how strong that s**t really is.    Like, there should never be no problem with that s**t, unless they, they turn it up themselves, you know what I'm saying?" SIMS said, "Right, right." SLEDGE said, "[U/I] real s**t, bro. You got to think, bro. You can do like a mother f**king ten to one [ten parts cut to one part drugs.]" SIMS said, "Yeah, I be hearing that s**t, man. But you know, bro ain't. Bro, you know I'm saying? He ain't even mother f**king, you know I'm saying? Working with his people, this bad. That's the only mother f**ker that I know. You know I'm saying? That's really saying the same s**t, you saying. You know I'm saying?" SLEDGE said, "Yeah, like that real deal. So."    SIMS said, "Yeah, he uh, and [U/I] was f**king with my dude." SLEDGE said, "S**t, anytime where you, you, you in a situation when you talking about that, s**t, and you know what I'm talkin' 'bout. You like, can do it one to it [U/I] the last [U/I] destroying it. You know what I'm saying?" SIMS said, "Yeah." SLEDGE said, "For real, that s**t. That real deal, I, damn, I wish I [U/I]. [U/I] damn. I wish you would just, [sighs.] We weren't really dealing when I had this one s**t, bro. So I wish I could've just really showed you. Like, just to show you. That s**t ain't no bull s**t, bro. I really had some s**t." SIMS said, "Bro, s**t. I believe, bro. You ain't got no reason to lie to me."    SLEDGE said, "[U/I] man, f**k this n***a. [U/I], like coming in the house, man. Soon as you hear a vacuum cleaning this s**t. [LAUGHS]." SIMS said, "[CHUCKLES]." SLEDGE said, "He already let me know, he ain't coming outside." SIMS said, "Oh, yeah, you know that." SLEDGE said, "Damn, man. I hate getting out the f**king car." SIMS said, "S**t, you ain't got to lie to me, bro. I know you ain't,

you know I'm saying?" SLEDGE said, "Man, bro I had some. This s**t was crazy, like I'm looking at my people like [chuckled]. Where the f**k ya'll find this s**t at, man. They knew it was plentiful though, like." SIMS said, "Yeah." SLEDGE said, "Get the [U/I] running like, and it's, and it just ended to quick f**k the whole, economy up, like." SIMS said, "Yeah, like s**t [U/I]. Couple of mother f**kers I know be saying the same s**t. You know I'm saying? Like, but s**t I just be hearing mother f**kers talk. You know I'm saying? They don't be knowing that, you know I'm saying? Like, nothin' what about me and s**t. You know I'm saying?" SLEDGE said, "[U/I]." [VOICES OVERLAP] SIMS said, "I had heard that several times too though, you know I'm saying?" [VOICES OVERLAP] SLEDGE said, "Uh, that real deal, bro. That s**t. For one, for one I think like, that real deal s**t. So where I, where I came in the picture at. That s**t, that s**t was like a pink [pink colored heroin.]"    SIMS said, "Uh-huh." SLEDGE said, "This s**t was like a, like a pink." SIMS said, "Oh, okay." SLEDGE said, "Like a real light red, like pink color." SIMS said, "Right." SLEDGE said, "You know what I'm saying? Like, and it had. It smelled crazy." SIMS said, "Damn." SLEDGE said, "Man, I'm like. S**t, that's before I even knew what I really even had, like." SIMS said, "Right." SLEDGE said, "A mother f**ker had to turn me on. Like, 'Bro, do you know what you got?' I'm like, 'Man, [U/I].' You know I'll be happy as long as it's doing a, a strong whiz on it and then I was happy. You know what I'm saying?" SIMS said, "Yeah." SLEDGE said, "I basically was at the first. I was basically giving it away, not even knowing what the f**k I had, like." SIMS said, "Right." SLEDGE said, "You know I'm saying? One, one of my n***as pulled me to the side like, 'Bro, let me show you some s**t.' N***a did that s**t in front of me and I'm like, 'Man.' I'm like, 'N***a you f**king it up! Dumb ass!' I'm cussing him out, like n***a you can't f**k this s**t up." SIMS said, "Right." SLEDGE said, "Know what I'm saying? I'm like, 'Why would you do that?'" SIMS laughed.

SLEDGE said, "I'm cussing this n***a the f**k out, man. He's like, 'Bro, watch this s**t, man.' [U/I], I seen that s**t and I seen the mother f**ker drop [overdose] in front of me, bro. Like, stood there was talking like, 'Yeah, this pretty good.' Like he just started, like oh yeah this. Well like, it, it seem like. It just kept going up, though. You know I'm saying?" SIMS said, "[LAUGHS]." SLEDGE said, "I said, this mother f**ker's face was turning red and s**t. He just standing there, man. He was like, 'Whoo!' He started dancing, moving his arms around and s**t, bro. That n***a just like, like the mother f**ker started punching the back of his head, bro." SIMS said, "Damn." SLEDGE said, "S**t was so funny, bro. He just standing there like, 'Whoo, this s**t. Yeah, yeah, yeah!' Moving his arms and s**t." SIMS laughed. SLEDGE said, "We stand there talking and s**t. Man, he's like, 'Bro, I told you man.' When I seen with my eyes what he did on that s**t. I couldn't believe it bro, like what the f**k." SIMS said, "Right, right." SLEDGE said, "Yeah, that mother f**ker floored it, like, [U/I]! I'm like, 'Man, what the f**k!' He's like, 'Bro, I tried to tell you.'"   SIMS said, "Right." SLEDGE said, "I'm like, he like, man this mother f**ker do this stupid ass s**t. I be smacking him and s**t, [U/I] on him and s**t." SIMS said, "Were you, when you first start coming up in uh, the information from Bo, what was you doing with that?" SLEDGE said, "Damn. I mean, s**t bro like, this [U/I], when I, you know what I'm saying, when I looked, when I linked in with, bro, you know what I'm saying, I just was basically, just grabbing it just to, keep my people rolling and s**t, you know what I'm saying?" SIMS said, "Oh, okay." SLEDGE said, "I was just, I was just getting it and texting them like, you know what I'm saying? Bro was, bro was throwing it to me, so s**t. I was going back texting them n***as like, one twenty-five [$125], one thirty [$130]." SIMS said, "Right, right." SLEDGE said, "So I really, I really wasn't never really making that. You know I'm saying, but it was just like."   SIMS said, "Yeah." SLEDGE said, "My people was happy and they people was

13

happy. So I was like, f**k that. You know I'm sayin'? I'm thinking like, roll the s**t out few

times. My people that cool [U/I], but s**t. They never, they never bounced back with that s**t."

SIMS said, "Right." SLEDGE said, "[SIGHS] Man it's just like, man this s**t just so stressful,

bro. you just don't understand like, damn man! N***a just can't win, man. If I knew it, I knew

then. Like, I [U/I] a whole other s**t different. Like, man. Then I took that loss like, that real.

That was like fatality, like, finishing."    SIMS said, "Right, right." SLEDGE said, "And that hurt

me bad right there. Like, that was like the last of the Mohicans right there." SIMS said, "Yeah."

SLEDGE said, "So it was just like damn, man. It was just like, man I felt like I just got out the

joint again." SIMS said, "Oh, no that s**t wild. Because, man my dude, man. He just came and

grab 50 [grams], like, 'I'll just [U/I] this s**t.' [U/I]."    SLEDGE said, "Man, what is, what is he

doing though? Like is he, he get [U/I]. "    SIMS said, "I don't know, bro. I [U/I]."    SLEDGE

said, "[U/I] you got to ask him [U/I]." SIMS said, "I ain't asking him." SLEDGE said, "Yeah, ask

him, bro. Ask him like is he doing straight. Is he just dealing straight like that or is he doing

somethin' to it [is he selling pure drugs or cutting it first?] You know I'm saying?" SIMS said,

"Right." SLEDGE said, "I, you know what I'm saying? I'm like, I don't , know I'm saying? I don't

want to f**k your s**t up, you know I'm saying?" SIMS said, "Yeah." SLEDGE said, "So I'm

like, man I'm just gonna leave it like it is and just hurry up and just move that s**t off like that

and s**t. Like, I don't know whay. I can't afford to f**k nothing up right now. So listen like, nah

I ain't even gonna take no chance on it." SIMS said, "Right." SLEDGE said, "I just was, just

doing it like that and s**t. But, s**t, basically I said, I just throw a little cover. A little extra

dollars on it, just to make somethin', somethin', but and just to keep s**t moving like." SIMS

said, "Right." SLEDGE said, "So I'm like, s**t till they really start complaining [U/I]. And I, I

ain't gonna really, I ain't gonna say s**t, till that, till that time comes." SIMS said, "Right, right."

SLEDGE said, "So I'm, what the f**k I ain't lying to nobody. I'm telling them, like s**t. Man you probably just, leave it like that or just throw like a little half on it [smaller amount of cut.] Like, you know I'm saying?" SIMS said, "Uh-huh." SLEDGE said, "So ain't telling them that's stupid, so they. It's no way they can, if he listening to me. It's no way they can f**k that up." SIMS said, "Right." SLEDGE said, "So they, if it is f**ked up. They didn't listen. But s**t like [U/I], so far, so far. Everythin' just was, it was moving according and s**t. Only thing about last month, it was just, 'cause it was the end of the month. It's always slow." SIMS said, "I thought it was, I thought you was saying like, damn like it's. You know I'm saying? Like it's to the bad, like. You know what I'm [U/I]." SLEDGE said, "No, no, no that's what I'm saying. Bro, it's, like, out my end to you, it's, it's golden like it ain't no problem like that. I'm just saying, like for me just really [U/I]." Later, SIMS said, "I'm 'bout to, I'm 'bout to go holler at dude though [talk to my supplier.] 'Cause like, you know I'm saying? Like, [U/I], you know I'm saying? I [U/I]." SLEDGE said, "Man, you better let, you better let dude know. Like, bro we gonna make more money if you do me better. You know what I'm saying?" SIMS said, "I can't hear you." SLEDGE said, "[U/I], you just got to let dude know. Like we gonna make more money, if you do me better. You, you I can't tell him to stop going so hard on it." SIMS said, "Right, right." SLEDGE said, "Like he masking it, he leaving, he leaving the whole way down to where, you can just do, you know I'm saying? One or two on it [the supplier has already cut the drugs so much that it can only be cut again at a one-to-one or two-to-one ratio.]" SIMS said, "Right. Man, I had already told him that. I had already told him. I'm like, 'Bro, man leave a n***a some room [allow for more cut to be added so the seller can make more money.] Man, a n***a.' You know I'm saying? But the s**t already so f**king high, bro. Like, you know I'm saying? I don't, what the f**k can I do? You feel me? I ain't making s**t, but fifteen bucks [$1,500] off you. You feel me? So, it's

like . . . I'm in the lose-lose f**king with this n***a. Man, that's why I, I [U/I]." SLEDGE said, "That's what I'm saying though, bro! If he leave you some mother f**king room, you can never lose! Tell him if he's going to be busting your head like that, leave me some room!" SIMS said, "Right." SLEDGE said, "And he busting your head and ain't leaving you no room. How that, how that sound?" SIMS said, "Mm-hum." SLEDGE said, "And bro, you know the craziest part about that whole situation, bro?" SIMS said, "What?" SLEDGE said, "Bro, when I had that s**t I was getting. Bro, this n***a was only charging me, mother f**king seventy-five, bro, a g [$75 per gram of heroin]!" SIMS said, "Aight." SLEDGE said, "And this s**t, bro I said [U/I] was [U/I]. [U/I], bro. He was really, he was gonna charge me seventy-five." SIMS said, "Right." SLEDGE said, "You know what I'm saying, 'I [U/I].' I said, 'Come on man, can't a dude like. Come one, man.' I, You know I'm saying? Like, I tryin' to get it just like you tryin' to get it. I'm, I'm like, 'It's gonna be better for you.' You know I'm sayin'? If you leave me some room!" SIMS said, "I'm, I'm a go holler at my other dude. That's what I'm a do though. You know I'm saying? 'Cause I don't really like, I said I don't really f**k with him. But, it's just that I'm in a position right now. Like, you know I'm saying? I only got a couple of dollars off of this n***a, you know I'm saying? So, I don't owe, I owe the n***a, a couple of dollars. But I don't owe like, like I was. You feel me?" SLEDGE said, "Yeah." SIMS said, "I could go, like I could go grab a little somethin'. You know I'm saying? Like and that's the thing. Like, you know I'm saying? Like I said, I just don't really want to be out here. Like mother f**kers knowing like, you know what I'm sayin, a n***a out here and s**t. Especially with me not having no job right now, you know I'm saying?" Later, SIMS said, "What I've been knowing like, this information and the, and the, and the food [heroin], like, it's so different from the girl [cocaine] for the simple fact like. I remember when I was f**king with the girl, you know I'm saying? Like, mother f**kers

wouldn't care who, who had. You feel me? Now it's like mother f**kers like, 'Oh, yeah such and such, f**ked with that s**t.' Man, you know I'm sayin'? [U/I], you know I'm sayin'?" SLEDGE said, "And you know why though? You know why that? It's like that, because everybody looking, bro. Everybody wants somethin' better." SIMS said, "Yeah, but still though. That ain't like n***a supposed to be like, you feel me? N***as supposed to protect who they, who they dealing with. You feel me? That ain't, even if. That's just like mother f**kin." SLEDGE said, "Damn, though! That's just like, aight let me put this scenario to you like. Says you got some like [U/I] you just did som n***as for protection and s**t, right. But s**t, if I'm in the, if I'm in the mother f**king position and s**t, and it's like uh, they ain't really looking about protecting me." SIMS said, "Right." SLEDGE said, "They looking at me like, they looking at me like. You know I'm saying? Like, how can they bust this person's head though." SIMS said, "Right." SLEDGE said, "They ain't really thinking about, like s**t. I know where there's some mother f**ker fire at. [U/I] mother f**kers get all them tools and s**t. And then this [U/I] tryin' to figure out who he messing with anyway. You know I'm saying? So he, he, all he thinking about is middle man and some s**t. He ain't thinking about, know what I'm sayin' protecting you." SIMS said, "Mm-hum." SLEDGE said, "When he trying to figure out, how can get over on the next person and s**t. It's just, it's just, it's just a chain. It's just a chain reaction." SIMS said, "Right." SLEDGE said, "Like you ain't dealing with no n***as who, who directly just pumping it to them fiends, bro. You gonna have this problem every trip." SIMS said, "I understand, I understand what you said, bro." SLEDGE said, "You need to find somebody who directly, who directly pumping that s**t. But n***as ain't, ain't nobody hustling no more [selling drugs at the street level.] That's what's all f**ked up. That's why the game all f**ked up now, everybody a boss [a supplier to other dealers.]" SIMS said, "Right." SLEDGE said, "This, this how the game all f**ked up

anyway. You know I'm saying? Ain't no more hustlers no more. Ain't nobody hustling." SIMS said, "Right." SLEDGE said, "Everybody a boss now, so, unless you found you a couple of mother f**kers, where we roll pumping. That is on your team, on your team and s**t. You not, you not gonna never win." SIMS said, "Right." SLEDGE said, "[U/I]." SIMS said, "That's the thing, bro. I ain't trying to win. I'm just trying to get by, bro. You feel me?" SLEDGE said, "[U/I] I think, man. [U/I] just think as a team. How the n***as thinking on how you think?" SIMS said, "Right, right, right." SLEDGE said, "It's just a, it's just a chain reaction. You just got to be smarter than the next mother f**ker." SIMS said, "Right." SLEDGE said, "I don't know, bro. I'm, I'm bro I swear. Like next thing I'm doing is I'm being patient, I'm being patient." SIMS said, "Hell yeah."  SLEDGE said, "[U/I], like I ain't, I ain't did nothin'. I ain't jumped up or mother f**king. I'm 'bout to go holler at such and such and every other mother f**ker [U/I]. And I'm like, no I'm gonna ride this. I'm gonna ride this wave out." SIMS said, "Right." SLEDGE said, "I know it, I just know 'cause I know, I know. You know I'm saying? Like your caliber. I know you a hun, you know I'm saying? Like, I know."   Later, SIMS said, "That's, that's what I don't understand though, bro. Like, man when I, man when I was [U/I], man. I was giving n***as [U/I]. Like [U/I] and it was like at the lowest. I'm putting a point, at the, at the lowest I can put it in and you still get A-one [adding the least amount of cut and still make money.] You feel me? Like, n***as out here, man this s**t is different now bro. These n***as, man, they want, they want top dollar and they want to give you the weakest s**t they can give you." SLEDGE said, "Man, I'm telling you. Ya'll n***as f**ked the game up, trying to be bosses bro. Big bands [large stacks of money] and all this, and all. Everybody just, ya'll n***as just f**ked the game up, bro" SIMS said, "Right." SLEDGE said, "Hell my n***as is going to sit down and go do they time and s**t. These young n***as [UI] controllin and s**t." SIMS said, "Hell yeah, 'cause I wanted

18

to give your ass like. I wanted to give you like fifty to like seventy. You know I'm saying, like, go ahead, do you and you know I'm saying? But I ain't know like. [U/I]." SLEDGE said, "Uh one thing about me, bro. [U/I], like. I ain't one of them stupid mother f**kers willing to take the fifty and go, go fifty, you know I'm saying? Like, you know I'm saying?" SIMS said, "Yeah." SLEDGE said, "F**king [U/I] get. F**ked up anyways, like I'm, do like, yeah I probably can take one ounce [of drugs], see what they say from there and then go from there [sell the drugs as they are before adding cutting agent.] Like I ain't never. And then I, and then I do anyway. I ain't really f**k with it till somebody calling at me." SIMS said, "Yeah, I just didn't know if that's what you wanted to do or not. You know I'm saying? Last time I talked to you, you like, 'No, no let's just keep it like this.' So, you know I'm saying? I didn't know, I was just really trying to help you get out that hole. I hate to see this n***a in a f**ked up situation, like you bro." SLEDGE said, "Yeah, s**t. I'm, I'm like s**t I was like, I told him. N***a was thankful for what, what you was doing. Like, and I got, and I told you like on the phone. Like, bro whatever you bring on you. It's gonaa, it's gonna come back regardless." SIMS said, "Right, right." SLEDGE said, "Oh s**t, I got like two or three mother f**kers that I trust. Man, I know they gonna, they gonna ride with, they gonna ride with me right or wrong." SIMS said, "Right. S**t, man, ha. Hey, I'm a uh, I'm 'bout to call this n***a, now. Mattter fact, I'm about to call my other dude [alternate supplier,] man. See what's up with him, see if I can go holler at him, put something together for us, bro [get a new supply of drugs from the alternate supplier.]"    SLEDGE said, "But, listen! I'm 'bout to put some down, bro. Whatever, I'm saying, whatever you, just let me know, I'm a help you get rid of it, s**t." SIMS said, "Okay." SLEDGE said, "'Cause it definitely moving [drugs are selling,] like it ain't nothing wrong with it." SIMS said, "Okay." SLEDGE said, "But

yeah just let me know, or text me. You know I'm saying? We can link back up." SIMS said, "Aight, well just let me know when you ready. Push back through, we can do that."

18. On February 7, 2018, at approximately 7:53 p.m., FREEMAN and SLEDGE had a telephone conversation. SLEDGE said, "What up, bro?" FREEMAN said, "S**t, uh, about to jump on this water and lay my ass down. Hollar at my peoples, he said he has, only has six [grams] until tomorrow but he hollared at his people. I didn't know if you wanna to do it or not." SLEDGE said, "He said he has six of them." FREEMAN said, "Yeah." SLEDGE said, "S**t, then grab them for me." FREEMAN said, "Yeah, I did. I, I got them anyway if you ain't want them, I was gonna keep them, s**t, but still needed some smoke, dog." SLEDGE said, "Alright. F**k, I got to ah, I'm trying to think." FREEMAN said, "I mean, if you ain't gotta come this way, s**t, I'm about to lay my ass down anyway, [U/I] s**t [U/I]." SLEDGE said, "I'm coming there anyway. I need that s**t." FREEMAN said, "Oh, okay. Well s**t yeah. Come on, I'm here." SLEDGE said, "I'm on the f**king freeway, I, I'm almost there for real. My dumb ass left the f**king money. I'm trying to think who the f**k I can borrow some money real quick." FREEMAN said, "I mean, s**t ain't, it ain't s**t, I mean [U/I] grab it tomorrow. I ain't tripping." SLEDGE said, "Alright. Bet. I'm on, I'll be over." FREEMAN said, "Alrigh. Yup."

19. On February 7, 2018, at approximately10:28 p.m., SLEDGE and LIPSCOMB had a telephone conversation. LIPSCOMB said, "S**t, what happened to you calling, calling me back?" SLEDGE said, "Damn, bro. S**t. Waiting on you." LIPSCOMB said, "Damn, you supposed to come and call me back." SLEDGE said, "Damn, bro and that s**t been moving like hotcakes too [the heroin has been selling well.]" LIPSCOMB said, "Boy, boy! So what you can do to it [how much cutting agent can you add?]" SLEDGE said, "Oh, s**t bro. [U/I]." [ASIDE: An unidentified female [UF] said, "F**k!" SLEDGE said, "[U/I] a three?" UF said, "Yeah."]

20

LIPSCOMB said, "What, what can you do to me?" SLEDGE said, "Damn it's all [U/I], I don't bro. I, like I said [U/I]. Man, I can't lose some moves. [U/I] gang banging and s**t. Uh, what was I about to say? S**t, I don't know bro. S**t, probably got the two, one [two-to-one cut to heron ratio.] I don't know, as long as I can do a one, I'm happy." LIPSCOMB said, "Uh, so [U/I], I can use the other one. I mean, f**k you said about when [U/I]. I'm, I'm on Belmont." SLEDGE said, "Oh, s**t." LIPSCOMB said, "Yeah." SLEDGE said, "Oh." LIPSCOMB said, "Stop by with that s**t you said you could do. [U/I]." SLEDGE said, "How long. How long you gonna be on Belmont?" LIPSCOMB said, "Like a half second." SLEDGE said, "Aight, I'm 'bout. I'm coming from West side. I'm, I'm on Palmyra Road." LIPSCOMB said, "Oh, call me when you get this way." SLEDGE said, "Aight."

20.     On February 9, 2018, at 6:32 p.m., SIMS and SLEDGE had a telephone conversation.   SLEDGE said, "Some bulls**t, what's going on though?" SIMS said, "I ain't doing s**t, just chilling." SLEDGE said, "[U/I] gonna holler at you tomorrow, and s**t." SIMS said, "That's cool." SLEDGE said, "[U/I], f**k I'm coming back. Tired as f**k." SIMS said, "That's cool. You want me to uh, want me to double it? Or you want to stay where we at [double the amount you bought last time or keep it the same?]" SLEDGE said, "Yeah, you can double it and uh, and, and uh, figured nothing else out though?" SIMS said, "Not yet, man. He told me he gonna get with us, soon as possible."

21.     On February 10, 2018, at approximately 8:44 p.m., JOHNSON and SLEDGE had a telephone conversation.   SLEDGE said, "Out the way, what's up?" JOHNSON said, "Nothin', I need you." SLEDGE said, "F**k you been at?" JOHNSON said, "I've been to Akron, taking strippers to Akron. Wasn't no real money. And I know Cuzzo, I know Juan [U/I].   He said that people call him and tell him that they coming. So they saying they didn't. I don't know what's

going on." SLEDGE said, "[U/I]." JOHNSON said, "For real? What's good? You said you could bring it now [bring the new supply of drugs.]" SLEDGE said, "He's been coming, some of [U/I]." JOHNSON said, "He ain't, it ain't from my people. I don't know. I'm trying to get it. You ready for me?" SLEDGE said, "Man, I'm, I'm, I'm [U/I]. Where you gonna be at, like an hour?" JOHNSON said, "Wherever you need me to be. 'Cause I need you. Think bout four or five [four or five grams.]" SLEDGE said, "Aight. Huh?" JOHNSON said, "'Bout four or five." SLEDGE said, "Aight, I'll hit you soon as I get back."

22.     On February 11, 2018, at approximately 1:45 p.m., SLEDGE and JOHNSON had a telephone conversation. JOHNSON said, "Man, what JT's number. That n***a [U/I]." SLEDGE said, "You said, what?" JOHNSON said, "I went to JT house. Man, I keep telling you. I need that other thing, bad! That's all [U/I] my whole [U/I]." SLEDGE said, "Oh. What, what you trying to get?" JOHNSON said, "At least a, a, a foody [PH]. You got one?" SLEDGE said, "Man, I, when I get dressed, I'll call you." JOHNSON said, "Man, no man. I need it now, they on their way. They got the money [U/I], come back to, to you. They might go some, 'cause I'm like, 'I thought he'd be up.' I went told them to come, then I was like, 'I ain't got it.' Then they like, 'Well call us once you get it.'"     SLEDGE said, "Aight, I'll call you when I get, when I get to Warren I'll call you." JOHNSON said, "Dang, you need to come now, bro. I got me one of them bitches. [U/I]." SLEDGE said, "I'm in the shower." JOHNSON said, "Aight." SLEDGE said, "Later."

23.     On February 11, 2018, at approximately 8:34 p.m., Female-1 and SLEDGE had a telephone conversation.    Female-1 said, "Where you at now, Boo Boo?" SLEDGE said, "Midlothian." Female-1 said, "You said, you are in Midlothian?" SLEDGE said, "Coming up to Midlothian." Female-1 said, "Oh, okay. Why are you taking that way now?" SLEDGE said, "I

just switch it up sometimes." Female-1 said, " Oh, okay. Your ass will be taking that way [U/I] but when we move that's probably your best bet to go that way though." SLEDGE said, "[U/I]." Female-1 said, "Or turn down by Schwebels [PH] from Midlothian, like from the liquor store." SLEDGE said, "Yeah." Female-1 said, "[U/I] down by Schwebels. And then you can take the back way from where [U/I] used to be at." SLEDGE said, "Yeah." Female-1 said, "That's probably your best bet to avoid the cops and s**t. You know what I'm saying?" SLEDGE said, "Yeah. I probably [U/I] few times a day to get used to our cars." Female-1 said, "Huh?" SLEDGE said, "I said, I probably ride two of them sometimes, so they can be used to our cars." Female-1 said, "Boo, they already used to our damn cars [U/I]." SLEDGE said, "I'm talking bout out that way." Female-1 said, "Oh, you talking about Poland?" SLEDGE said, "Yeah." Female-1 said, "Mm-hum."

24.     On February 16, 2018, at approximately 5:48 p.m., SLEDGE and LIPSCOMB had a telephone conversation. SLEDGE said, "You over there?" LIPSCOMB said, "I'm about to be in about ten minutes. I have to leave real quick." SLEDGE said, "You already bulls**tting, bro. Every time!" LIPSCOMB said, "Well, I be out [U/I]. I told you to give me fifteen minutes and come on. I been sitting here for about that long." SLEDGE said, "You were over there?" LIPSCOMB said, "Yea." SLEDGE said, "[U/I]" LIPSCOMB said, "Remember I just told you to give me, I said, I ain't calling you back just give fifteen minutes and come on." SLEDGE said, "[U/I]." LIPSCOMB said, "Listen, meet me about, about, listen meet me over there in fifteen minutes. I gotta run catch this bop [drug sale] off 169 and I'll be right there." SLEDGE said, "Aight." LIPSCOMB said, "Aight."

25.    On February 17, 2018, between approximately 10:21 a.m. and 11:13 a.m., WILLIAMS and SLEDGE exchanged text messages.    WILLIAMS wrote, "Need that 7 [grams of drugs.]"    SLEDGE responded, "Ok."

26.    On February 17, 2018, at approximately 11:41 a.m., FREEMAN and SLEDGE had a telephone conversation.    Parties greet. FREEMAN said, "You get to moving around, man. If you still got that, I still needed like, probably 'bout four [grams] though, for real." SLEDGE said, "Aight, I'll bring it."    FREEMAN said, "[U/I]. Aight, and I needed some smoke too. So definitely don't forget that." SLEDGE said, "Aight." FREEMAN said, "Aight."

27.    On February 18, 2018, at approximately 2:21 p.m., SLEDGE and BROWN had a telephone conversation. SLEDGE said, "S**t, you at the crib?" BROWN said, "Yeah." SLEDGE said, "[U/I] I'm trying to uh, scrape a [U/I] go holler at my people real quick. What, what you got [how much money do you have?]" BROWN said, "Come holler at me." SLEDGE said, "Aight."

28.    On February 21, 2018, at approximately 3:43 p.m., WILLIAMS and SLEDGE had a telephone conversation. SLEDGE said, "What up, bro?" WILLIAMS said, "S**t, what's the demo [U/I]?" SLEDGE said, "Uh, the demo work. What's up with you?" WILLIAMS said, "Oh, you just now waking up, man." SLEDGE said, "Um, tired as f**k from that raggedy ass s**t." WILLIAMS said, "[U/I] taking an old man nap." SLEDGE said, "Uh, [LAUGHS] what's the word though?" WILLIAMS said, "S**t, I need that pack of demo, man." SLEDGE said, "Seven [seven grams?]" WILLIAMS said, "Yea." SLEDGE said, "[U/I] check, uh, I'm on the Yo [in Youngstown], as soon as I head to Warren I'll hit you." WILLIAMS said, "Aight, yo, let me know." SLEDGE said, "Aight."

29.    On February 21, 2018, at approximately 7:13 p.m., WILLIAMS and SLEDGE had a telephone conversation. SLEDGE said, "What you want me to do?" WILLIAMS said,

"S**t, I'm still at the house." SLEDGE said, "Aight, I'll be over."    WILLIAMS said, "I'll just head to the [U/I]" SLEDGE said, "Oh, okay, okay. S**t, I didn't know." Later in the conversation. SLEDGE said, "Aight, hey, I'll be [U/I], this [U/I], I'll be over in a minute though." WILLIAMS said, "Aight. Yea. How long is a minute, 'cause were 'bout to eat in a little bit." SLEDGE said, "You said, you 'bout to go eat?" WILLIAMS said, "[U/I]" SLEDGE said, "Where y'all going?" WILLIAMS said, "Ah out here by the mall." SLEDGE said, "Damn [U/I], uh, give like."    WILLIAMS said, "Why don't you want me to leave, I'll leave the money in the truck though." SLEDGE said, "Uh, aight, you can do that but listen though I still have to shoot and grab it any way, you know what I'm saying?"    WILLIAMS said, "Oh, okay, okay, okay, okay, okay." SLEDGE said, "Yea. You can leave sweep over there, it, it be better anyway. I grab the money, oh, s**t and grab your s**t while I'm there too." WILLIAMS said, "Aight, aight." SLEDGE said, "Yup."    WILLIAMS said, "I, I'll put it in there." SLEDGE said, "I be there like in like fifteen minutes, if you leave before then, just don't forget to put it." WILLIAMS said, "I got you." SLEDGE said, "Aight." WILLIAMS said, "It will be in glove box." SLEDGE said, "Aight. Bet."

30.    On February 22, 2018, at approximately 6:49 p.m., SLEDGE and JOHNSON had a telephone conversation.    SLEDGE said, "What happened?" JOHNSON said, "He said he coming back tonight if it's the same."    SLEDGE said, "He said what bro?" JOHNSON said, "He said he's coming back tonight if it's the same you know I'm [U/I]" SLEDGE said, "He don't like that [doesn't like the quality of the heroin?] Oh my God! What you do on that [how much cut did you add?]" JOHNSON said, "What I always do I'm gonna come get some and just put more on it just as it is I'm gonna have to [U/I]."    LEDGE said, "Ahhh." JOHNSON said, "I'm gonna call

25

you when I get back. I'm gonna have to dip back. I gotta dip back [U/I]." SLEDGE said, "I'm in

Warren." JOHNSON said, "Aight. Call you [U/I]." SLEDGE said, "Aight."

31.     On February 22, 2018, at approximately 10:23 p.m., Female-1 and SLEDGE had

a telephone conversation.   Female-1 said, "Oh, 'cause Tiara called, called me and told me they

pulling everything over. And she asked where you was at." SLEDGE said, "Where she at?"

Female-1 said, "She's was on South side, on Midlothian. And she said, she's been seeing the

cops. She was like, 'Where Tommy at? Make sure you tell him to be careful, 'cause they pulling

any and everything over.' There's supposed to be some type of thing going on. For the local

police or some s**t. It's on, if you go on WKBN it's on there though." SLEDGE said, "[U/I]."

Female-1 said, "[U/I] on, on uh stopping vehicles and searching them or some s**t." SLEDGE

said, "What?" Female-1 said, "Some type of, some type of thing. You got to go, I'll send it to

you. I'm 'bout to send it to you right now." Later, Female-1 said, "Yeah, but it's supposed to be

something going on. Uh, that law enforcement [U/I], I'm 'bout to send this to you. Law

enforcement supposed to be uh, working together or some s**t. To crack down on drugs

epidemic and all this s**t. And they trying to get as much, uh, as much guns and drugs off the

street as possible. Alright, well go ahead and call me when you get there." SLEDGE said, "Going

to the old house."   Female-1 said, "Alright, you need to go to the house if you got, you know

what I mean? Like you need to go there first." SLEDGE said, "What, what, the new house?"

Female-1 said, "Yeah and do what you got to do there and."    SLEDGE said, "I'm, I'm 'bout to

meet Var [JOHNSON]. I just told him to meet me at the old house." Female-1 said, "Be careful

Thomas. Call me when you get to [U/I]."    SLEDGE said, "Aight. Aight."

32.     On February 22, 2018, JOHNSON provided heroin to Customer (a person known

to the Grand Jury) and travelled with Customer in a car.

33.    On February 22, 2018, at approximately 11:51 p.m., JOHNSON and SLEDGE

had a telephone conversation.    JOHNSON said, "Bro, you still at the crib?" SLEDGE said, "No,

bro, I left. What's up?" JOHNSON said, "Man, I got pulled over, bro." SLEDGE said, "Huh?"

JOHNSON said, "Man, I got pulled over; old boy had all thing [heroin] on him, man.    I just got

a ticket, but still." SLEDGE said, "You got ticket for?" JOHNSON said, "Man, where you at?

For turning in the wrong lane." SLEDGE said, "Man, I ain't around; bro, you're gonna have to

wait till tomorrow." JOHNSON said, "Man, I can't call you tomorrow, man. He gone. He in jail."

SLEDGE said, "They, they caught him with all the s**t?" JOHNSON said, "Yeah." SLEDGE

said, "Damn, bro. Oh my goodness. Where, uh, up here?" JOHNSON said, "No, like when you

leave, when you leave and cross that bridge. He had some on him. [U/I] man." SLEDGE said,

"Alright."

34.    On February 24, 2018, at approximately 2:08 p.m., SLEDGE and FREEMAN had

a telephone conversation.    SLEDGE said, "Oh, I don't know if you got it now, bro; s**t, I need

to, I need to borrow band [$1,000] for later." FREEMAN said, "I hear you." SLEDGE said, "I

need to borrow a band for later." FREEMAN said, "Uh, yeah, I might not have a whole band. I

got a couple for you, though." SLEDGE said, "Uh, I was trying to grab some off that one I got at

the crib [U/I]." FREEMAN said, "Yeah. No, I ain't got a whole band, I'd probably got about six

[$600] for you." SLEDGE said, "You said about six hundred." FREEMAN said, "Yeah."

SLEDGE said, "Aight. Let me call JT [PH] ask him what he got. We'll call you right back."

FREEMAN said, "Alright, dawg. Alright."

35.    On February 24, 2018, at approximately 4:22 p.m., SLEDGE and BROWN had a

telephone conversation.    SLEDGE said, "You ready [have money for me?]" BROWN said,

"No, no, no." SLEDGE said, "What do you think?" BROWN said, "Uh, what, didn't you give it

to me two days ago? Give me a couple of days. Give me a couple of days."   SLEDGE said,

"Aight. Aight." BROWN said, "Aight."

36.     On February 26, 2018, at approximately 5:27 p.m., SLEDGE and FREEMAN had

a telephone conversation.   SLEDGE asked, "Man what she say?" FREEMAN said, "Man, she

said that s**t [heroin] burnt her nose and throat." SLEDGE said, "Said it burnt?" FREEMAN

said, "Hell, yeah." SLEDGE said, "Uh, I don't know what the f**k [U/I]. I don't know why the

f**k burning." FREEMAN said, "Yeah, [U/I]. She said, that s**t burnt; she was like, that ain't

what it [U/I]." SLEDGE said, "Um, [U/I] as f**k." FREEMAN said, "What you got going on?"

SLEDGE said, "I was trying to get this s**t off. Trying to make some off it but this s**t gone;

Fifty-five gram or something." FREEMAN said, "Uh." SLEDGE said, " Hurry up and get rid of

this I can jump off something else." FREEMAN said, "Yay. Im trying to find some, uh."

SLEDGE said, "Oh, s**t let me know." FREEMAN said, "Aight. I got you." FREEMAN said,

"Yep."

37.     On February 26, 2018, at approximately 5:57 p.m., Female-1 and SLEDGE had a

telephone conversation.   SLEDGE said, "I need to go down there and holler at my peoples,

man. 'Cause aint s**t around this mother f**ker. I'm tired of even looking, I need to just get

down there and get the [U/I]. Like I said, my uncle. My uncle [U/I]."   Female-1 said, "[U/I] I

just [U/I]." SLEDGE said, "What?" Female-1 said, "My uncle, I guess my cousin Lenard [PH].

My uncle [U/I]. My uncle T, like he, like. Boo-boo, they [U/I] down that bitch. Like on

everythin', like, like good though. You get what I'm saying? And see, if you see how our prices is

up here. Like if you go down there, it's a totally different ball game. That's why they, they

accomplish more s**t. You get what I'm saying? Because they, the price range and s**t is totally

different. So if you get some stuff from."   SLEDGE said, "I know, I know your uncle T coming

down here copping and taking back up there. I know what he's doing." Female-1 said, "You better believe, you think he ain't? That's what I'm saying, like so if you link up well. You can whack the f**k out of them. You get what I'm saying? 'Cause that's what they, the, the prices and s**t. That's why he come up here, 'cause of the prices and s**t it's different. Why you think my cousin Lenard, when my cousin Lenard came up here. But s**t, that s**t was going on and s**t. You know what I'm saying? And he had all that stuff. He was on his way back to Pittsburgh. When Boardman pulled him over. He was 'bout to get on the mother f**king turn pike, right there. Coming from f**king Boardman. What?" SLEDGE said, "I just call you later, Boo-boo." Female-1 said, "Alright." SLEDGE said, "Aight."

38.     On February 28, 2018, at approximately 11:46 a.m., SLEDGE and LIPSCOMB had a telephone conversation.   LIPSCOMB said, "Oh s**t, nobody like that s**t. Whatever you did you did too much [the heroin quality was poor because you added too much cutting agent.] It's gone, I'm done, I'm done with it but, s**t. I mean nobody like and I ain't do s**t else to it." SLEDGE said, "[U/I]." LIPSCOMB said, "Uh, I just finished the rest of it last night." SLEDGE said, "Uh, about to get some new s**t, anyways." LIPSCOMB said, "'Cause I took two grams [of heroin] and did them together then I had one left, so I did took the one last night. I [U/I] more on that, s**t. Everybody that I gave it to, most of 'em called me back last night." SLEDGE said, "S**t, what the [U/I] that s**t you didn't do nothing too?" LIPSCOMB said, "No, I ain't do nothing." SLEDGE said, "Yeah." LIPSCOMB said, "The one, the lasts one, the first one I did. And my dude called and it didn't do nothing for 'em. You know what I'm saying, it is, it didn't high, just got 'em, it got 'em a little ways off of sick [only strong enough to avoid withdrawal sickness.]"

39.     On March 9, 2018, at approximately 8:19 p.m., JOHNSON and SLEDGE had a telephone conversation. JOHNSON said, "What you're gonna do?" SLEDGE said, "Uh, s**t, n***a. I ain't about to go up there and s**t ain't right." JOHNSON said, "It is, bro, I know it is. They f**king people [U/I] they know." SLEDGE said, "Huh?" JOHNSON said, "They know and it's purple [purple colored heroin mixed with fentanyl,] so I already know that it is." SLEDGE said, "Man, I know what it is too. Uh, s**t I keep getting my hands on the same s**t. It ain't, they water it down [added too much cutting agent.]" JOHNSON said, "No. They said it chunky." SLEDGE said, "Huh?" JOHNSON said, "Chunky. [U/I]." SLEDGE said, "You said it's chunky?" JOHNSON said, "Yeah." SLEDGE said, "Man, where, I can't afford it, bro. Keep f**king, f**king up with this s**t." JOHNSON said, "Yeah." SLEDGE said, "Where, you said it where, you say it's in PA?" JOHNSON said, "Yep." SLEDGE said, "Uh." JOHNSON said, "I'm a come to you." SLEDGE said, "Huh?" JOHNSON said, "I'm a come to you, holler at you." SLEDGE said, "Uh." JOHNSON said, "Alright."

40.     On March 10, 2018, at approximately 6:52 p.m., JOHNSON and SLEDGE had a telephone conversation. SLEDGE said, "What up, dog." JOHNSON said, "You got a cup, you gotta a couple of them left, right?" SLEDGE said, "Huh?" JOHNSON said, "[U/I]." SLEDGE said, "Yeah, probably like, three, four [grams of heroin], I don't know." JOHNSON said, "Aight. Yeah."

41.     On March 12, 2018, at approximately 3:35 p.m., SLEDGE and BROWN had a telephone conversation.   BROWN said, "What's happening with you." SLEDGE said, "S**t, what's the word, bro?" BROWN said, "S**t, s**t. I was trying to see if uh, if everything, uh, back to normal." SLEDGE said, "Hell yeah." BROWN said, "Aight. Uh, s**t, I'm about to call my dude to see if he still, he still, you know what I'm saying. 'Cause the stuff I got he ain't even

30

like it. So, I'm about to see what's going on, first." SLEDGE said, "Aight, just hit me." BROWN said, "Yeah."

42.     On March 12, 2018, at approximately 8:52 p.m., SLEDGE and BROWN had a telephone conversation. BROWN said, "Yeah, he ain't like that s**t." SLEDGE said, "He didn't like that?" BROWN said, "Yeah, I ain't do none to it." SLEDGE said, "Said what bro?" BROWN said, "I said, yeah, he ain't like it. I didn't do nothing to it [did not add any cutting agent.]" SLEDGE said, "Yeah, this s**t getting annoying man. Aight, uh, did you want me to come back and grab it?" BROWN said, "Yeah." SLEDGE said, "Aight." BROWN said, "Aight."

43.     On March 14, 2018, at approximately 4:57 p.m. FREEMAN and SLEDGE had a telephone conversation.   SLEDGE said, "What up bro?" FREEMAN said, "Hey." SLEDGE said, "Huh?" FREEMAN said, "You better uh, do something with that, man, motherf**ker will drop [overdose.]" SLEDGE said, "Huh?" FREEMAN said, "Man, hell yeah, specially the bangers." SLEDGE said, "For real?" FREEMAN said, "Yeah, n***a, that s**t, she still sitting here, n***a, she getting redder and redder, n***a." SLEDGE said, "Ah s**t, put some uh, ice, get her to, you know what I'm saying? Put some ice on her." FREEMAN said, "Nah she still, she, she woke, she coherent and s**t."   SLEDGE said, "Oh."   FREEMAN said, "She still allowed to talk, but she only did a little bit and the mother f**kers that, that bang." SLEDGE said, "Yeah."   FREEMAN said, "They might drop, my n***a, and I told you, I told you the other, I told you the other day, I heard on the scanner three motherf**kers OD so the s**t definitely back around here, so that might, might be it." SLEDGE said, "Damn."   FREEMAN said, "You, you just gotta be careful, my n***a." SLEDGE said, "Aight, bet. I'm going back."   FREEMAN said, "You ain't get, you ain't get the number?" SLEDGE said, "I'm going back to him now." FREEMAN said, "I'm saying, you ain't get the number?" SLEDGE said, "Yeah, I got it."

FREEMAN said, "S**t, text it to me, I wanna call that n***a too." SLEDGE said, "Aight, bet." FREEMAN said, "Aight."

44.     On March 15, 2018, at 7:59 p.m., SIMS and SLEDGE had a telephone conversation.    SLEDGE said, "Hello." SIMS said, "What up, bro'." SLEDGE said, "S**t down, s**t." SIMS said, "Man, try to come by tomorrow?" SLEDGE said, "'Bout ready to kill my mother f**kin' self." SIMS said, "Huh?" SLEDGE said, "Said, 'bout to kill myself." SIMS said, "Yeah, so you wanna come by tomorrow talk about it?" SLEDGE said, "Yea, I could." SIMS said, "Aight, let me know." SLEDGE said, "You reach [U/I]?" SIMS said, "Yea, a lil' demo [sample of heroin] see what it's you know." SLEDGE said, "Yea, you said yea with a drag though it don't sound cool." SIMS said, "Huh?" SLEDGE said, "I said, you said yea with a drag, though, it don't sound too promising." SIMS said, "Nah, it's promising but I, I just, I just want to get a demo before, you know what I'm sayin'? Like I said, I'm still wrapped up in that, uh, in that one book, you know what I'm sayin', but." SLEDGE said, "Man!" SIMS said, "I'm just trying to, you know what I'm sayin', keep some like you know?"    SLEDGE said, "Yea." SIMS said, "Keep some going, man. F**ked up, bro'." SLEDGE said, "Yea, it's bad I mean everywhere. I don't know what happened." SIMS said, "Yea, that's what I'm sayin'. This demo suppose to be cool and another demo at, so, that's what I'm sayin' we go from there. Let me know, that's what I said, talk about it tomorrow. You know."    SLEDGE said, "Aight, aight. Bet. Just hit me." SIMS said, "No, just hit me when you coming." SLEDGE said, "Aight. Bet." SIMS said, "Aight. Bet." SLEDGE said, "Yup."

45.     On March 15, 2018, at approximately 8:04 p.m., SLEDGE and WILLIAMS had a telephone conversation.    WILLIAMS said, "Hello." SLEDGE said, "Damn! What's up with it?" WILLIAMS said, "S**t, look who's calling. Hey, uh, just chilling, man. Where's the demo

32

[heroin?]" SLEDGE said, "Man, just calling to let you know, man, I uh, I stumbled across some for us." WILLIAMS said, "S**t, I hope so. That last." SLEDGE said, "[U/I]." WILLIAMS said, "That last butt naked." SLEDGE said, "Man, this, I still got like, a hundred of those [100 grams of heroin,] but." WILLIAMS said, "Oh my God, that ain't cool." SLEDGE said, "Aight, and my dude, I don't know, my dude say he's gonna straighten the hand out, so I'm kind of waiting, still waiting to hear about that, but I came across something else, though. Pretty slick, too." WILLIAMS said, "S**t. S**t, I need to dump off the rest that they want they [U/I] just grabbed some yesterday and s**t. Uh, s**t, tomorrow, what's tomorrow." SLEDGE said, "[U/I]." WILLIAMS said, "Oh f**k, it's Friday. Yeah. F**k, man, that's why I'm [U/I] yesterday 'cause everything was slow. But, s**t I will get some small for you tomorrow no matter what, just check it out, see what we can do with it." SLEDGE said, "Aight, bet. Let me know." WILLIAMS said, "S**t, I'll call you about noon." SLEDGE said, "Aight, bet." WILLIAMS said, "Aight [U/I]."

46.     On March 15, 2018, at approximately 8:07 p.m., SLEDGE and LIPSCOMB had a telephone conversation. LIPSCOMB said, "My s**t ain't got no beam at the end of it, got some mace." SLEDGE said, "[U/I]." LIPSCOMB said, "[U/I] mace get, get the s**t out. Just like a n***a, talk like easy way out." SLEDGE said, "Uh. Wonder around town Palmyra road, real quick." LIPSCOMB said, "Uh, I'm this route." SLEDGE said, "You, uh, you f**ked with that yet?" LIPSCOMB said, "Yeah. Ain't nobody said none yet." SLEDGE said, "You did some to it or you gave some like that [added cut or sold the heroin as is?]" LIPSCOMB said, "Just like that." SLEDGE said, "Oh s**t. Damn. Check 'em, make sure they cool." LIPSCOMB said, "I'm waiting on, I call, I called a couple of 'em and they'll call me back. So I'm waiting on 'em to call me back." SLEDGE said, "Aight. Uh, I seen mother f**ker on their face [overdosed,] yesterday."

LIPSCOMB said, "You said what?" SLEDGE said, "I've seen somebody on their face yesterday." LIPSCOMB said, "What, for that?" SLEDGE said, "Uh, yeah." LIPSCOMB said, "Uh. Oh well, they go out, it ain't my fault. S**t, I don't know where they got the s**t from. [U/I]." SLEDGE said, "Aight."   LIPSCOMB said, "But I'll call you as soon somebody call me, though." SLEDGE said, "Yeah. Let me know. Aight."

47.     On March 16, 2018, at approximately 6:59 p.m., FREEMAN and SLEDGE had a telephone conversation.   FREEMAN said, "What's good, bro?" SLEDGE said, "I was waiting for my dude to call me back on the smoke and s**t, but uh, on the white girl [cocaine] side, it ain't [U/I] but he's got something. I don't know what you was trying to get." FREEMAN said, "You said, a what dude?" SLEDGE said, "Yeah. [U/I] on the white girl side."

48.     On March 16, 2018 at approximately 8:35 p.m., Female-1 and SLEDGE had a telephone conversation. SLEDGE said, "Boo boo." Female-1 said, "[U/I]." SLEDGE said, "I got this s**t on the [drug] scale real quick. I'm going to call you right back Boo Boo." Female-1 said, "Aight." SLEDGE said, "Aight."

49.     On March 18, 2018, at approximately 7:58 p.m., SLEDGE and BROWN had a telephone conversation. BROWN said, "Yo." SLEDGE said, "Yeah, what's the word?" BROWN said, "S**t, he ain't got back with me, man. I don't know just the [U/I] of me or something [U/I] for the time being." SLEDGE said, "S**t, you sure he cool?" BROWN said, "Yeah, what you mean, I'm sure he aight?" SLEDGE said, "Huh?" BROWN said, "What you mean? Yeah, he, he good, if I see him, he just ain't hollered at me." SLEDGE said, "Nah, I'm saying, you gave it to him?" BROWN said, "Yeah." SLEDGE said, "And you heard from him since you gave it to him?" BROWN said, "No." SLEDGE said, "That's what I'm saying, that's why we make sure his

ass cool."    BROWN said, "Aight. I got you."     SLEDGE said, "Aight." BROWN said, "I'm a

call you back in a second." SLEDGE said, "Aight. Uh, you at the crib?"

50.     On March 18, 2018, at approximately 8:23 p.m., Female-1 and SLEDGE had a

telephone conversation. Later in the conversation. SLEDGE said, "What time you get out?"

Female-1 said, "I'm gone boo." SLEDGE said, "Oh s**t, I'm about to head that way, now; grab

that damn money off Money and go grab my bag back over Samantha's house get on the damn

road." Female-1 said, "Uh, so that's what you do, you take it over there when you were up

there?" SLEDGE said, "Mm-hm." Female-1 said, "Oh, that's good. That just cuts the load of

stress off me." SLEDGE said, "Shut up." Female-1 said, "For real, s**t, it did. I swear to God.

'Cause I'd be nervous, like I, I just cussed you out when you ain't answer the phone, when you

sent me a damn picture and s**t with the f**king cop and s**t and Var (JOHNSON) sitting on

the damn cop car. I'm thinking you were in there, and all this other bull s**t, I'm like, you

f**king felon, all this s**t, I'm like, I'm panicking and s**t. I was texting you, I said, don't

f**king send me no picture like this and not answer the f**king phone. I was cussing you out."

SLEDGE said, "Cussing me out?" Female-1 said, "Mm-hm. I ain't send it cause you was calling

me back."    SLEDGE said, "Oh. I was about to say I ain't get none that s**t, Boo-boo." Female-

1 said, "Don't f**king send me no picture like that and don't answer the phone."

51.     On March 18, 2018, at 9:11 p.m., SIMS and SLEDGE had a telephone

conversation.    SLEDGE said, "My people say that's a go." SIMS said, "Oh yeah?" SLEDGE

said, "Yeah, they were like, three, three, three thumbs up [high quality drugs.]" SIMS said,

"Three thumbs up?" SLEDGE said, "Hell yeah." SIMS said, "I told you, that load is official but."

SLEDGE said, "All three of them said hell yeah." SIMS said, "Yeah, so what you wanna do?"

SLEDGE said, "I'm gonna uh, [U/I] I should grab, you know." SIMS said, "You think, you think,

you think uh, we can work, work with that other demonstration with it or no?" SLEDGE said, "Yeah, what I, that, now that's what I was gonna do tomorrow." SIMS said, "Oh okay." SLEDGE said, "Mix a little bit, you know what I'm saying, it ain't on that s**t." Later SLEDGE said, "Like you, like I don't know, it's just weak, you know what I'm saying?" SIMS said, "Yeah." SLEDGE said, "But if we don't throw something to get strong, take that weird ass cinnamon s**t out the way." SIMS said, "Yeah we can try it.    We can get that strong." SIMS said, "I done got a gang of that s**t, bro, with a gang of money tied up in that s**t, bro." SLEDGE said, "Oh yeah, I'm [U/I], I'm dead broke, I'm damn near [U/I]." SIMS said, "I can't hear you bro." SLEDGE said, "I said I'm suicidal broke." SIMS said, "Right, we in the same position, bro." SLEDGE said, "I'm ugly right now like, and I, I don't know what to do." SIMS said, "Were in the same position, bro, swear to God, like I told you, man, I got, I got a gang of money left in that s**t, and a gang of it, bro, I'm just waiting to see if these jokers come through, man. Said he gonna, he gonna force to save his face up. We'll go from there, cause if I really, you know what I'm saying, if the [U/I] is whack it though, I would've just, f**k it, and get my money so I ain't even have to deal with this joker though, you know what I'm saying, no more, ever." SLEDGE said, "That s**t, that s**t oh, I want to try that, I just need to go. I don't know, that s**t though, that s**t today." SIMS said, "Huh?" SLEDGE said, "I said, I need, I just gotta make a nice little grip of that s**t you getting today and I can get that s**t off. I won't even have to, I just wont, I just, I just." SIMS said, "[U/I] wondering why I can't hear you, my kids that had the phone, I'm wondering why I can't hear s**t you're saying. My kids that had my phone and left the volume all the way down low, that's why I keep saying, 'What' bro, I can't hear you. What you were saying though?" SLEDGE said, "I said, if I can get a nice little piece of what you gave me today, s**t, I can get that s**t off, I just, I'll just [U/I], I'll probably just, I'll be at a standstill but I can get everything caught

36

up." SIMS said, "Right." SLEDGE said, "I won't be able to make nothing, but, just leave that s**t down there and get all the money caught up." SIMS said, "Right, say, like I said man, we can do that, I ain't tripping, but s**t, you know what I'm saying, but or we can run through it pretty fast, man, you know what I'm saying?" SLEDGE said, "Uh-huh." SIMS said, "Like man, I'm sorta." SLEDGE said, "That's how that s**t, that s**t was moving, bro, it just, remember that s**t." SIMS said, "Yeah." SLEDGE said, "Was moving then it just, all that bulls**t started happening." SIMS said, "Right, I'm f**king with my son." SLEDGE said, "That's [U/I]." SIMS said, "I'm f**king with my son and s**t. This n***a, you know he young, so them n***as be flying, you feel me?" SLEDGE said, "Yeah." SIMS said, "S**t, s**t well let me know, man, you know I'll tell him I can do it ta-da-da-da-da, I'm like nah, that's why I called you, like s**t, what's up, this n***a tried to double back, like what's up, you feel me?" SLEDGE said, "Yeah." SIMS said, "So, you know what I'm saying." SLEDGE said, "I don't know but, I think with what you gave me today bro, we can, we can, make something shake with that." SIMS said, "Aight, bet, bet." SLEDGE said, "I just, instead of me, you know me and you throw in a little s**t on there, I just through that on there and just try to get caught up." SIMS said, "Yeah, cause I, I, I ain't gone, uh, I ain't gonna do nothin' to it, I'm ah like that. Damn, that's cool though, f**k it, man, I just need to get caught up, man, we gotta figure something out, man, instead of just being at a stand still, bro, this s**t is killing me." SLEDGE said, "You? Ah, man, me and my girl been arguing and everything, like I just been on edge." SIMS said, "So s**t, so what's the uh,what's the deal, what time you come through tomorrow then?" SLEDGE said, "I don't know, I told you uh, oh s**t the little, the little bizzay [PH] I had after I had grabbed that other ten." SIMS said, "Uh-huh." SLEDGE said, "I need to find, I need to go ahead, I need to get that off real quick." SIMS said, "Oh yeah, okay, okay." SLEDGE said, "Yeah I [U/I]." SIMS said, "[U/I] is the uh, what the

demonstration uh, the, they like, they like that demonstration or this one better?" SLEDGE said, "What, what, the one I had?" SIMS said, "Yeah." SLEDGE said, "Damn, I, I got both, that's what I'm saying, they gave me, like they, I told them it was the same, you know what I'm saying?" SIMS said, "Mm-hm." SLEDGE said, "I didn't even tell them it was something different." SIMS said, "Mm-hm" SLEDGE said, "It was nice s**t, they want me to keep." SIMS said, "Oh okay, so it's on the same level then, basically." SLEDGE said, "Hell yeah." SIMS said, "Yeah, that's cool." SLEDGE said, "[U/I] I just gotta hurry up and get [U/I] back up real quick and I'll be ready." SIMS said, "Aight, well s**t, I'm uh, go holler at this little n***a see if he's trying to uh, see what he's trying to do and I'll let you know." SLEDGE said, "Aight, bet." SIMS said, "You know what I'm saying, if you, you want, I don't know, I can't, I can't say what he gonna do. Well s**t, you know what I'm saying if you want, s**t, if he, if he cool s**t, you cant just come up tomorrow, you know." SLEDGE said, "Aight, I'll come grab it, just let me know." SIMS said, "Okay." SLEDGE said, "Aight, bet." SIMS said, "Okay."

  52. On March 19, 2018, at 5:22 p.m., SIMS and SLEDGE had a telephone conversation.   SLEDGE said, "There's all kinds crazy ass s**t going on." SIMS said, "Huh?" SLEDGE said, "I said all kind of crazy ass s**t going on. What's up with you?" SIMS said, "S**t, I was just seeing what was the deal." SLEDGE said, "Oh, s**t, I told you yesterday. I said it was, it was a go." SIMS said, "Oh, s**t. I forgot, bro. Uh, so what you wanna do? Want to come through or what?" SLEDGE said, "Huh?" SIMS said, "Said, you trying to come through or what?" SLEDGE said, "Oh, s**t. Damn, you need me to." SIMS said, "Yeah, yeah if you need, if you, if you trying to get together, yeah and s**t. If not, then." SLEDGE said, "Oh, when, uh, what you, what you, what you end up grabbing?" SIMS said, "S**t, I just grabbed [U/I], uh, well like twenty or thirty [20 or 30 grams of heroin.]" SLEDGE said, "Oh, s**t that's what. Uh, what

you, what you want me come get?" SIMS said, "Huh?" SLEDGE said, "You want me to come get that?" SIMS said, "S**t, you can." SLEDGE said, "Aight, give me, uh, 5:30, uh, I'm gonna leave about 6:00." SIMS said, "Just call me before you leave." SLEDGE said, "[U/I]. Aight, bet." SIMS said, "Yeah, if I don't answer send me a text, but keep trying to call. I don't now what up with my phone, bro, it ain't ringing."

53.     On March 19, 2018, at approximately 7:12 p.m., SLEDGE and BROWN had a telephone conversation.   BROWN said, "What up, dog?" SLEDGE said, "S**t, what's the word? You checked on our people?" BROWN said, "Man I ain't even holler at him."   SLEDGE said, "Holler at you?" BROWN said, "[U/I] and everything', don't worry 'bout it. If he ain't even calling me in a couple days [U/I] got." SLEDGE said, "Oh, s**t, man. You upstairs?" BROWN said, "Yea." SLEDGE said, "Oh [U/I] you know. You gonna got rid of it or want me to come get it?" BROWN said, "Man, I, I'm, I still, you know? Nothin' happened [U/I]. I can give it back to you, if you wanna it." SLEDGE said, "[U/I] you know what I'm sayin', unless you pick up the books [PH]." BROWN said, "[U/I] You come get it." SLEDGE said, "Aight."

54.     On March 21, 2018, SLEDGE possessed heroin cutting agents, ammunition, and paraphernalia used to prepare narcotics for sale.

All in violation of Title 21, United States Code, Section 846.

<u>COUNTS 2-45</u>
(Use of a Communication Facility in Furtherance of a Drug Trafficking Crime,
21 U.S.C. § 843(b))

The Grand Jury further charges:

55.     On or about the dates and times listed below, in the Northern District of Ohio, Eastern Division, and elsewhere, the Defendants listed below did knowingly and intentionally

use a communication facility, to wit: a telephone, to facilitate acts constituting a felony under

Title 21, United States Code, Sections 841(a)(1) and 846:

| COUNT | DEFENDANT(S) | DATE | TIME |
|---|---|---|---|
| 2 | THOMAS I. SLEDGE and LAJUNA R. BROWN, aka JUAN | January 24, 2018 | 6:18 p.m. |
| 3 | THOMAS I. SLEDGE and LAJUNA R. BROWN, aka JUAN | January 24, 2018 | 6:40 p.m. |
| 4 | THOMAS I. SLEDGE | January 24, 2018 | 8:05 p.m. |
| 5 | THOMAS I. SLEDGE and KHALEF K. FREEMAN | January 25, 2018 | 4:33 p.m. |
| 6 | THOMAS I. SLEDGE and PRESTON D. SIMS, JR., aka P-MONEY | January 28, 2018 | 5:54 p.m. |
| 7 | THOMAS I. SLEDGE and JAMES A. LIPSCOMB | January 31, 2018 | 4:06 p.m. |
| 8 | THOMAS I. SLEDGE and CHRISTOPHER L. WILLIAMS | February 2, 2018 | 12:36 p.m. |
| 9 | THOMAS I. SLEDGE and PRESTON D. SIMS, JR., aka P-MONEY | February 3, 2018 | 2:51 p.m. |
| 10 | THOMAS I. SLEDGE and PRESTON D. SIMS, JR., aka P-MONEY | February 5, 2018 | 5:56 p.m. |
| 11 | THOMAS I. SLEDGE and PRESTON D. SIMS, JR., aka P-MONEY | February 5, 2018 | 6:40 p.m. |
| 12 | THOMAS I. SLEDGE and KHALEF K. FREEMAN | February 7, 2018 | 7:53 p.m. |
| 13 | THOMAS I. SLEDGE and JAMES A. LIPSCOMB | February 7, 2018 | 10:28 p.m. |
| 14 | THOMAS I. SLEDGE and PRESTON D. SIMS, JR., aka P-MONEY | February 9, 2018 | 6:32 p.m. |
| 15 | THOMAS I. SLEDGE and LEVAR A. JOHNSON, aka VAR | February 10, 2018 | 8:44 p.m. |
| 16 | THOMAS I. SLEDGE and LEVAR A. JOHNSON, aka VAR | February 11, 2018 | 1:45 p.m. |
| 17 | THOMAS I. SLEDGE | February 11, 2018 | 8:34 p.m. |
| 18 | THOMAS I. SLEDGE and JAMES A. LIPSCOMB | February 16, 2018 | 5:48 p.m. |
| 19 | THOMAS I. SLEDGE and CHRISTOPHER L. WILLIAMS | February 17, 2018 | 10:21 a.m. |
| 20 | THOMAS I. SLEDGE and KHALEF K. FREEMAN | February 17, 2018 | 11:41 a.m. |
| 21 | THOMAS I. SLEDGE and LAJUNA R. BROWN, aka JUAN | February 18, 2018 | 2:21 p.m. |
| 22 | THOMAS I. SLEDGE and CHRISTOPHER L. WILLIAMS | February 21, 2018 | 3:43 p.m. |

| COUNT | DEFENDANT(S) | DATE | TIME |
|---|---|---|---|
| 23 | THOMAS I. SLEDGE and CHRISTOPHER L. WILLIAMS | February 21, 2018 | 7:13 p.m. |
| 24 | THOMAS I. SLEDGE and LEVAR A. JOHNSON, aka VAR | February 22, 2018 | 6:49 p.m. |
| 25 | THOMAS I. SLEDGE | February 22, 2018 | 10:23 p.m. |
| 26 | THOMAS I. SLEDGE and LEVAR A. JOHNSON, aka VAR | February 22, 2018 | 11:51 p.m. |
| 27 | THOMAS I. SLEDGE and KHALEF K. FREEMAN | February 24, 2018 | 2:08 p.m. |
| 28 | THOMAS I. SLEDGE and LAJUNA R. BROWN, aka JUAN | February 24, 2018 | 4:22 p.m. |
| 29 | THOMAS I. SLEDGE and KHALEF K. FREEMAN | February 26, 2018 | 5:27 p.m. |
| 30 | THOMAS I. SLEDGE | February 26, 2018 | 5:57 p.m. |
| 31 | THOMAS I. SLEDGE and JAMES A. LIPSCOMB | February 28, 2018 | 11:46 a.m. |
| 32 | THOMAS I. SLEDGE and LEVAR A. JOHNSON, aka VAR | March 9, 2018 | 8:19 p.m. |
| 33 | THOMAS I. SLEDGE and LEVAR A. JOHNSON, aka VAR | March 10, 2018 | 6:52 p.m. |
| 34 | THOMAS I. SLEDGE and LAJUNA R. BROWN, aka JUAN | March 12, 2018 | 3:35 p.m. |
| 35 | THOMAS I. SLEDGE and LAJUNA R. BROWN, aka JUAN | March 12, 2018 | 8:52 p.m. |
| 36 | THOMAS I. SLEDGE and KHALEF K. FREEMAN | March 14, 2018 | 4:57 p.m. |
| 37 | THOMAS I. SLEDGE and PRESTON D. SIMS, JR., aka P-MONEY | March 15, 2018 | 7:59 p.m. |
| 38 | THOMAS I. SLEDGE and CHRISTOPHER L. WILLIAMS | March 15, 2018 | 8:04 p.m. |
| 39 | THOMAS I. SLEDGE and JAMES A. LIPSCOMB | March 15, 2018 | 8:07 p.m. |
| 40 | THOMAS I. SLEDGE and KHALEF K. FREEMAN | March 16, 2018 | 6:59 p.m. |
| 41 | THOMAS I. SLEDGE and LAJUNA R. BROWN, aka JUAN | March 18, 2018 | 7:58 p.m. |
| 42 | THOMAS I. SLEDGE | March 18, 2018 | 8:23 p.m. |
| 43 | THOMAS I. SLEDGE and PRESTON D. SIMS, JR., aka P-MONEY | March 18, 2018 | 9:11 p.m. |
| 44 | THOMAS I. SLEDGE and PRESTON D. SIMS, JR., aka P-MONEY | March 19, 2018 | 5:22 p.m. |

| COUNT | DEFENDANT(S) | DATE | TIME |
|-------|--------------|------|------|
| 45 | THOMAS I. SLEDGE and LAJUNA R. BROWN, aka JUAN | March 19, 2018 | 7:12 p.m. |

All in violation of Title 21, United States Code, Section 843(b).

COUNT 46
(Distribution of Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

56.     On or about September 8, 2017, in the Northern District of Ohio, Eastern Division, Defendant THOMAS I. SLEDGE knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 47
(Distribution of Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

57.     On or about September 15, 2017, in the Northern District of Ohio, Eastern Division, Defendant THOMAS I. SLEDGE knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 48
(Distribution of Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

58.     On or November 16, 2017, in the Northern District of Ohio, Eastern Division, Defendant THOMAS I. SLEDGE knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE

The Grand Jury further charges:

59.     For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Counts 1 through 48 are incorporated herein by reference.   As a result of the foregoing offenses, Defendants THOMAS I. SLEDGE, PRESTON D. SIMS, JR., aka P-MONEY, LEVAR A. JOHNSON, aka VAR, KHALEF K. FREEMAN, JAMES A. LIPSCOMB, CHRISTOPHER L. WILLIAMS, and LAJUNA R. BROWN, aka JUAN, shall forfeit to the United States any and all property constituting, and derived from, any proceeds they obtained, directly and indirectly, as the result of such violations; and any and all of their property used and intended to be used, in any manner and part, to commit and to facilitate the commission of such violations.


A TRUE BILL.


Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.